
# EXHIBIT "A"

EXHIBIT "A"



COLUMBIA P.O. Drawer 7788 · Columbia, SC 29202
1900 Barnwell St., Columbia, SC 29201 P 803.771.4400 F 803.779.0016

MYRTLE BEACH P.O. Box 3646 · Myrtle Beach, SC 29578
2103 Farlow St., Suite B, Myrtle Beach, SC 29577 P 803.843.448.1008 F 843.448.1533

www.RichardsonPlowden.com

February 17, 2012

Thomas W/Mr Evans
105 Brookfield Dr
Greenwood SC 29646-8503

RE:   ORIGINAL CREDITOR:   Sears
                           Citibank
      CURRENT CREDITOR:    LVNV Funding LLC
                           as assignee and purchaser
      DEBTOR:              Thomas W/Mr Evans
      ACCOUNT NO:          5049948132899529
      BALANCE DUE:         $$2,300.04

Dear Sir/Madam:

Please be advised that the above referenced account has been purchased by LVNV Funding LLC. Our firm has been retained by LVNV Funding LLC for the purpose of collecting the above account.

We would like very much to resolve this in an amicable manner and would appreciate your contacting me at **803-253-8720** within the next 30 days to discuss how the account can be satisfied.

PLEASE FIND ATTACHED THE NOTICE REQUIRED BY THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT. THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Yours very truly,

Adam S. Tesh

/SSH

NOTICE REQUIRED BY THE
FAIR DEBT COLLECTION
PRACTICES ACT, (THE ACT),
15 U.S.C. SECTION 1692 AS AMENDED

1. The past due amount is $2300.04 including interest through February 17, 2012.

2. The Creditor is LVNV Funding LLC.

3. The debt described in the attached letter will be assumed to be valid by the Creditor's law firm unless you, the debtor, within thirty (30) days after the receipt of this notice, dispute the validity of the debt or any portion thereof in writing.

4. If you, the debtor, notify the Creditor's law firm in writing within thirty (30) days of the receipt of this notice that the debt, or any portion thereof, is disputed, the Creditor's law firm will obtain verification of the debt and a copy of the verification will be mailed to you, the debtor, by the Creditor's law firm.

5. If the Creditor named in paragraph 2 above is not the original Creditor, and if you make a written request to the Creditor's law firm within the thirty (30) days from the receipt of this notice, the name and address of the original Creditor will be mailed to you by the Creditor's law firm.

6. Written requests should be addressed to S. Nelson Weston, Jr., Richardson Plowden & Robinson, P.A., Post Office Drawer 7788, Columbia, South Carolina 29202.

7. This notice should not be construed as a thirty (30) day grace period. Creditor may pursue collection efforts immediately and not wait thirty (30) days. However, if you request either verification of the debt and/or the name of the original creditor, in writing, collection efforts will be suspended until the requested information is mailed to you.

8. This notice is an attempt to collect a debt and any information obtained will be used for that purpose.

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Sherman Acquisition Limited Partnership | Resurgent Capital Services L.P. | Anson Street LLC |
| Sherman Acquisition II Limited Partnership | Resurgent Capital Services PR LLC | Ashley Funding Services LLC |
| | LVNV Funding, LLC | SFG REO, LLC |
| Sherman Acquisition L.L.C. | Ascent Card Services, LLC | PYOD LLC |
| Limestone Asset Management LLC | Ascent Card Services II LLC | |
| Granite Asset Management LLC | | |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Sherman Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act.

**Sharing Collected Information with Third Parties** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collection Practices Act.